IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANA LIPFORD**                                                                                   **PLAINTIFF**

**V.**                                    **CASE NO. 3:20-CV-33-BD**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

## ORDER

Plaintiff Dana Lipford has moved for an award of attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 14) She seeks fees and expenses in the amount of $5,089.17 (*Id.*) The Commissioner does not contest the attorney and paralegal hours expended, the requested hourly rates, or the amount of expenses. (Doc. No. 16)

Because there is no objection to granting attorney's fees and expenses, Ms. Lipford's motion (Doc. No. 14) is GRANTED, and the Commissioner is directed to pay the total sum of $5,089.17 in fees and expenses, subject to offset if she has outstanding government debt.

IT IS SO ORDERED, this 1st day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE